UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JENNA CRENSHAW, ANDREW BRICKLEY, | * | |
| CHRISTIANO DUTRA, SHAUNTAY KING, | * | |
| KRYSTLE STRANGIS, | * | |
| and all others similarly situated, | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:11-10549-JLT |
| | * | |
| TEXAS ROADHOUSE, INC., TEXAS | * | |
| ROADHOUSE MANAGEMENT CORP., | * | |
| TEXAS ROADHOUSE HOLDINGS LLC, | * | |
| TEXAS ROADHOUSE OF EVERETT, LLC, | * | |
| d/b/a Texas Roadhouse | * | |
| | * | |
| Defendants. | * | |

ORDER
November 1, 2011

TAURO, J.

After reviewing Defendants' Assented-To Motion Requesting Clarification of Court Order [#36], this Court hereby ALLOWS Defendants' Motion [#36] and orders that:

1. This court's Order of October 6, 2011 [#35] is amended as follows: Defendants' opposition to Plaintiffs' Motion for Class Certification must be filed within 45 days of the filing of Plaintiffs' Motion for Class Certification, but NO LATER THAN APRIL 2, 2012.

2. All other portions of the October 6, 2011 scheduling order [#35] remain in effect.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge