**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
)
JENNA CRENSHAW, ANDREW BRICKLEY, )
CRISTIANO DUTRA, SHAUNTAY KING, )
KRYSTLE STRANGIS, KRISTIN MORENCY, )
and all others similarly situated, )
)
      Plaintiffs, )
)
)
v. )  Civil Action No.: 1:11-cv-10549-JLT
)
TEXAS ROADHOUSE, INC., TEXAS )
ROADHOUSE MANAGEMENT CORP., )
TEXAS ROADHOUSE HOLDINGS, LLC, )
TEXAS ROADHOUSE OF EVERETT, LLC, )
d/b/a Texas Roadhouse, )
)
      Defendants. )
_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, please take notice that Amy Cashore Mariani of the law firm Fitzhugh and Mariani LLP, hereby enters her withdrawal of appearance on behalf of the Defendants Texas Roadhouse Inc., et al., in the above-captioned action. This notice is preceded by the appearance of successor counsel for the Defendants, a trial date has not been set, and there are no motions pending before the Court.

Respectfully submitted,

TEXAS ROADHOUSE, INC.,
TEXAS ROADHOUSE MANAGEMENT CORP.,
TEXAS ROADHOUSE HOLDINGS, LLC,
TEXAS ROADHOUSE OF EVERETT, LLC,
d/b/a Texas Roadhouse,
By their Attorney,


/s/ Amy Cashore Mariani_____
Amy Cashore Mariani, BBO #630160
amariani@fitzhughlaw.com
David J. Volkin, BBO #630743
dvolkin@fitzhughlaw.com
Fitzhugh & Mariani LLP
155 Federal Street, Suite 1700
Boston, MA  02110-1727
Dated: December 16, 2011		Tel: (617) 695-2330


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and an electronic copy will be sent to those indicated as non-registered participants on December 16, 2011.


/s/ Amy Cashore Mariani_____
Amy Cashore Mariani